No. —. VANN, RECEIVER, *v.* ALMOURS SECURITIES, INC., ET AL. October 10, 1938. Application denied.

No. —, original. EX PARTE LLOYD RUBIN. October 10, 1938. Motion for leave to file petition for writ of mandamus denied.

No. —, original. EX PARTE FRANCIS SCALESE. October 10, 1938. Motion for leave to file petition for writ of mandamus denied.

No. —, original. EX PARTE HOWARD LEE. October 10, 1938. Motion for leave to file a petition for writ of habeas corpus denied without prejudice to application to the appropriate court at the appropriate time.

No. —, original. EX PARTE MIKE HOLCHAK. October 10, 1938. A rule is ordered to issue, returnable within thirty days from this date, requiring the respondent to show cause why leave to file the petition for a writ of habeas corpus should not be granted.

No. —, original. EX PARTE CHARLIE JOHNSON. October 10, 1938. Motion for leave to file a petition for writ of habeas corpus denied.

No. 8, original. NEBRASKA *v.* WYOMING ET AL. October 10, 1938. The petition of intervention of the United States and the answers of the several States are received and ordered filed.